CHRISTOPHER J. BANTA, Respondent, *v.* THOMAS B. MERCHANT, Appellant.

*Banta* v. *Merchant*, 95 App. Div. 619, affirmed.
(Argued November 29, 1905; decided December 15, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*T. B. Merchant* and *L. M. Merchant* for appellant.

*Israel T. Deyo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

JOHN J. CONLEY, Appellant, *v.* THE LACKAWANNA IRON AND STEEL COMPANY, Respondent.

*Conley* v. *Lackawanna Iron & Steel Co.*, 94 App. Div. 149, affirmed.
(Argued November 29, 1905; decided December 15, 1905.)

APPEAL from a judgment entered May 17, 1904, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of defendant upon the verdict.

*Hamilton Ward* for appellant.

*Louis L. Babcock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.